■ In the Matter of WILLIE MIDDLETON, Petitioner, against CHARLES PATTERSON, as Chairman of the New York City Transit Authority, et al., Respondents.— Proceeding to review a determination of the New York City Transit Authority dismissing petitioner from his position as surface line operator, transferred to this court pursuant to section 1296 of the Civil Practice Act. Determination unanimously confirmed, without costs. No opinion. Present — Nolan, P. J., Beldock, Murphy, Ughetta and Hallinan, JJ.